JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, | Case No. CV 21-2589-GW-AGRx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| RAR2-VILLA MARINA CENTER CA, LLC, et al., | |
| Defendants. | |

Based upon the Notice of Dismissal [30] filed on November 12, 2021, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: November 15, 2021

*George H. Wu*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE